**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 96-10102

(Summary Calendar)
_____


UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus


IRWIN I. GROSSMAN, also known as Ira,

                              Defendant-Appellant.


Appeal from the United States District Court
For the Northern District of Texas
(3:95-CV-0227-H)

July 17, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Irwin I. Grossman appeals the district court's denial of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. grossman argues that his convictions violate principles of double jeopardy because the indictment was multiplicious and that counsel was ineffective for failing to challenge the indictment in the district court and on direct appeal.  We have reviewed the record and find no reversible error.

---

[*]    Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Accordingly, we affirm for essentially the reasons adopted by the district court.  *See Grossman v. United States*, No. 3:95-CV-0227-H, 3:92-CR-250-H (N.D. Tex. Jan. 2, 1996).

AFFIRMED.